1  PRECILIANO MARTINEZ
   State Bar No. 93253
2  801 15th Street, Suite F
   Modesto, CA.  95354
3  (209) 579-2206 /(209) 579-2211 Fax

4  Attorney for Defendant
   RAYMOND MENA

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           No. 05CRF0115

11                  Plantiff,            STIPULATION AND ORDER TO
                                         CONTINUE FILING DATE FOR
12  RAYMOND MENA,                        MOTIONS AND RESCHEDULING
                                         DATES
13                  Defendant.
                                         Hearing
14                                       Date:   11/14/05
                                         Time:
15

16                                       Honorable Oliver W. Wanger

17

18

19       IT IS HEREBY STIPULATED and agreed to between the United States of America and

20  the defendant, RAYMOND MENA, that the due date for filing motions presently scheduled for

21  September 19, 2005, be continued to October 17, 2005, that the due date for responses presently

22  scheduled for October 11, 2005, be continued to October 31, 2005, and that the Motion Hearing

23  date presently scheduled for October 17, 2005, at 1:30 p.m. be continued to November 14, 2005,

24  at 1:30 p.m..

25

26

So stipulated,

Dated: 10/14/05 /s/ KIMBERLY KELLY
KIMBERLY KELLY,
Assistant United States Attorney

Dated: 10/14/05 /s/ PRECILIANO MARTINEZ
PRECILIANO MARTINEZ,
Attorney for Defendant

# **O R D E R**

IT IS SO ORDERED.

Dated:  October 19, 2005 /s/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
UNITED STATES DISTRICT COURT