1  Preciliano Martinez(CSB93253)
   801 15th Ste.F
2  Modesto, California  95354
   Telephone: (209) 579-2206
3  Fax:       (209) 579-2211

4
   Attorneys for Defendant
5  Raymond Mena

6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA    )    CASE No.05CRF0115 OWW
            Plaintiff,         )
10                             )
                               )    STIPULATION FOR
11                             )    CONTINUANCE AND ORDER
                               )
12    v.                       )
                               )
13 Raymond Mena,               )
            Defendant,         )
14 _____)

15         IT IS HEREBY STIPULATED by and between the parties and

16 through their respective counsel that the Court Hearing presently

17 set for November 14, 2005 at 1:30 p.m., in the above entitled

18 court be continued to November 28, 2005 at 1:30 p.m. Mr. Martinez

19 is currently in trial on a Federal case in Atlanta Ga.

20         The parties request that the cases be reset.

21 Dated:

22 So Stipulated,              /s/ Kimberly Kelly_____
                                KIMBERLY KELLY
23                              Assistant United States Attorney

24

25 Dated:

26 So Stipulated,               /s/Preciliano MartinezPreciliano
                                Precilianoi Martinez
27                              Attorney at Law

28

**O R D E R**

The court finds that there is good cause for the request for continuance.

IT IS HEREBY ORDERED that the case presently set for November 14, 2005 at 1:30 p.m., in the above entitled court be continued to November 28, 2005, or as soon thereafter as the matter may be heard.

Dated:___November 17, 2005


_/s/ OLIVER W. WANGER_____
JUDGE OF THE DISTRICT COURT