1 | Preciliano Martinez, Bar No. 93253
  | 801 15th Street, Suite F
2 | Modesto, CA 95354
  | (209) 579-2206  Fax (209) 579-2211
3
4
5 | Attorney for Defendant
  | Raymond Mena
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10
11

12 | UNITED STATES OF AMERICA,        )   No.         05CR0115 OWW
                                     )
13 |          Plaintiff,              )
                                     )   STIPULATION AND ORDER VACATING
14 |                                  )   DATE, AND CONTINUING CASE
                                     )
15 |     v.                           )   NOTE: TIME CHANGED TO 1:30 P.M.
                                     )
   | Raymond Mena                     )
16 |                                  )
   |          Defendant.              )   Date:   January 24, 2006
17 |                                  )   Time:   ~~9:00 a.m.~~  1:30 p.m.
   | _____   )   Judge:  Hon. Oliver W. Wanger
18

19 | **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

20 | Kim Kelly, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Raymond

21 | Mena that the Evidentiary hearing scheduled for January 10, 2006, be vacated and the hearing be

22 | continued to this court's calendar on January 24, 2006 at 9:00 a.m.

23 |         This continuance is requested by the defense in order to prepare and obtain

24 | documents necessary for the evidentiary hearing. It is further agreed that the trial date of January

25 | 24, 2006 shall be vacated and the trial shall be reset upon the conclusion of the evidentiary hearing

26 | if necessary. The date set for motions in limine on January 19, 2006 is also vacated. The time

27 | under the Speedy Trial Act shall be tolled under Local Code T4 (Time to prepare) and that the

28 | ends of justice served in granting this continuance and allowing the defendant further time to

1  prepare outweigh the best interest of the public and the defendant in a speedy trial.

2  The court is advised that counsel have conferred about this request, that they have agreed to the
3  January 24,2006 date and that Ms. Kelly has authorizes Preciliano Martinez to sign this stipulation
4  on her behalf.

5  **IT IS SO STIPULATED**.

7  Dated: January 06, 2006                              /S/ Preciliano Martinez
                                                         PRECILIANO MARTINEZ
8                                                        Attorney for Defendant
                                                         Raymond Mena

11
12  Dated: January 06, 2006                             /S/Kim Kelly
                                                         Kim Kelly
                                                         Assistant United States Attorney
13                                                       Attorney for Plaintiff

15  **IT IS SO ORDERED.**
16                              By the Court,

                                                         /s/ OLIVER W. WANGER
19  Dated: January 10, 2006                             _____
                                                         Hon. Oliver W. Wanger
20                                                       United States District Judge