McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-00115 OWW |
| Plaintiff, ) | ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. ) | |
| RAYMOND MENA, ) | |
| Defendant. ) | |

On June 15, 2006, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Raymond Mena. Further action is to commence on June 23, 2006. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed for an arraignment and preliminary hearing in the state action, and that the next court appearance in the above-entitled case is August 28, 2006:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached hereto, and from day to day thereafter as is necessary to complete the arraignment and preliminary hearing in that case, but return him to the custody of the United States Marshal no later than August 1, 2006.

IT IS SO ORDERED.

**Dated:   June 23, 2006**           /s/ Oliver W. Wanger

1 | emm0d6                                    UNITED STATES DISTRICT JUDGE