ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAYMOND PATRICK MENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0115 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREIN |
| vs. | ) |
| RAYMOND PATRICK MENA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, RAYMOND PATRICK MENA, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kimberly Kelly, that the Hearing now set for August 28, 2006, at 1:30 p.m. be continued to Tuesday, September 5, 2006 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action

PDF created with pdfFactory trial version www.pdffactory.com

```
         outweighs the best interest of the public and the
         defendant in a speedy trial;
  2.     Title 18, United States Code, Section 3161(h)(8)(ii) --
         that it is unreasonable to expect adequate preparation
         for pre-trial proceedings or for the trial itself with
         the time limits established due to the complexity of the
         case.
```

Respectfully submitted,

Dated:  August 22, 2006

　　　　　　　　　　　　　　　　　　　　/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Raymond Patrick Mena

Dated:  August 22, 2006

　　　　　　　　　　　　　　　　　　　　/s/ Kimberly Kelly
Kimberly Kelly,
Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for August 28, 2006, is vacated and continued to Tuesday, September 5, 2006 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  August _22__, 2006

　　　　　　　　　　　　　　　　　　　　/s/Oliver W. Wanger
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com