```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    RAYMOND PATRICK MENA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9           EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                         * * * * *

11
                                    ) Case No.: CR-F-05-0115 OWW
12  UNITED STATES OF AMERICA,       )
                                    ) STIPULATION FOR CONTINUANCE AND
13            Plaintiff,            ) ORDER THEREIN
                                    )
14       vs.                        )
                                    )
15  RAYMOND PATRICK MENA,           )
                                    )
16            Defendant.            )

17

18       IT IS HEREBY STIPULATED between the Defendant, RAYMOND PATRICK

19  MENA, by and through his attorney of record, Anthony P. Capozzi,

20  and Plaintiff, by and through Assistant United States Attorney,

21  Kimberly Sanchez that the Sentencing Hearing now set for Monday,

22  December 4, 2006, at 1:30 p.m. be continued to Monday, December 11,

23  2006 at 1:30 p.m.

24       It is further stipulated by the parties that any delay

25  resulting from this continuance shall be excluded on the following

26  basis:

27       1.   Title 18, United States Code, Section 3161(h)(8)(A) --
28            that the ends of justice served by taking such action
```

Page 1

Stipulation to Continue
Case No. 05-0115 OWW

PDF created with pdfFactory trial version www.pdffactory.com

|    |    |
|---:|----|
| 1  |         outweighs the best interest of the public and the |
| 2  |         defendant in a speedy trial; |
| 3  | 2.   Title 18, United States Code, Section 3161(h)(8)(ii) -- |
| 4  |         that it is unreasonable to expect adequate preparation |
| 5  |         for pre-trial proceedings or for the trial itself with |
| 6  |         the time limits established due to the complexity of the |
| 7  |         case. |
| 8  |                 Respectfully submitted, |
| 9  | Dated:  November 28, 2006 |
| 10 |    |
| 11 |                 /s/ Anthony P. Capozzi |
| 12 |                 Anthony P. Capozzi,<br>                Attorney for Defendant,<br>                Raymond Patrick Mena |
| 13 |    |
| 14 | Dated:  November 28, 2006 |
| 15 |                 /s/ Kimberly Sanchez |
| 16 |                 Kimberly Sanchez,<br>                Assistant U.S. Attorney |
| 17 |    |
| 18 |    |
| 19 | **ORDER** |
| 20 | IT IS SO ORDERED.  Good cause having been shown, the Hearing |
| 21 | set for December 4, 2006, is vacated and continued to Monday, |
| 22 | December 11, 2006 at 1:30 p.m.  Additionally, time shall be |
| 23 | excluded by stipulation from the parties and pursuant to 18 USC §§ |
| 24 | 3161(h)(A) and 3161(h)(B)(ii). |
| 25 | Dated:  November 29, 2006 |
| 26 |                 /s/ Oliver W. Wanger |
| 27 |    |
| 28 |                 Honorable Oliver W. Wanger,<br>                U.S. District Court Judge |

PDF created with pdfFactory trial version www.pdffactory.com