HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHARLES J. LEE, CA SBN #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAYMOND PATRICK MENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00115 LJO |
| *Plaintiff*, | MOTION FOR EARLY TERMINATATION OF SUPERVISED RELEASE; EXHIBIT A; ORDER |
| vs. | |
| RAYMOND PATRICK MENA, | Judge:  Hon. Lawrence J. O'Neill |
| *Defendant*. | |

The Defendant, Raymond Patrick Mena, through his attorney Charles J. Lee, Assistant Federal Defender, hereby moves this court for early termination of Mr. Mena's term of supervised release pursuant to 18 U.S.C. § 3564(c).

On September 11, 2006, Mr. Mena pled guilty to one count of Possession with Intent to Distribute Methamphetamine.

On December 11, 2006, the court sentenced Mr. Mena to 74 months custody, 60 months supervised release, $100 penalty assessment, 500 hours Prison Substance Abuse Program; and to obey all local, state, and federal laws.  Mr. Mena's supervised release commenced on June 18, 2010.

Shortly before the original expiration date of his five-year term of supervised release, Mr. Mena admitted a violation by being in contact with a known felon – a family member who is in BOP custody.  At the sentencing on the violation, this court extended Mr. Mena's supervision for

two additional years from its original termination date, with the new termination date being in June of 2017.

At the sentencing hearing, this court advised Mr. Mena that, "If, at the end of a year, we have nothing but purity on your record here, then I entertain a motion for early termination." DKT 63 at 14: 23-25.

Mr. Mena has complied with all conditions of supervised release and he has not been arrested, cited, or charged with any federal, state, or local criminal offenses since last before the Court. He has been gainfully employed his whole time on supervision and has attached letters of recommendation from his employer and certificates he has earned. *See* Exhibit A.

Mr. Mena has completed all his sentencing obligations—paid his fine/penalty assessment and has obeyed all laws, had no dirty tests for any substances, and complied with all probation directives, besides the already admitted and adjudicated violation. His probation officer, Laura Weigel, along with AUSA Kimberly A. Sanchez, have no objection to the termination request.

Respectfully submitted,

HEATHER E. WILLIAMS<br>
Federal Defender

DATED:  June 24, 2016          */s/ Charles J. Lee*  
                               CHARLES J. LEE  
                               Assistant Federal Defender  
                               Attorney for Defendant  
                               RAYMOND MENA

**O R D E R**

The supervised release of Raymond Mena shall be terminated forthwith**.**

IT IS SO ORDERED.

Dated:  **June 24, 2016**           */s/ Lawrence J. O'Neill*  
                                    UNITED STATES CHIEF DISTRICT JUDGE

## EXHIBIT A
[Defendant Raymond Mena's Motion for Early Termination of Supervised Release]

### Letters from Employers and Work Certificates

Lawrence Bearfoot
Supervisor
Farwest Safety Inc.
226 North Main Street
Lodi, CA 95240
May 3, 2016

To whom it may concern:

I am pleased to write this letter of recommendation for Raymond Mena. Raymond worked for me in the highway safety department at Statewide for 3 years. He began here as a highway traffic controller. I am a supervisor for over twenty employees, and while all of my employees are outstanding and hardworking, Ray gave an extra 110% more and had a special quality that made him stand out amongst the others.

During Raymond's service with us I admired him for his many valuable qualities, and regarded him with evermore respect. Very goal oriented as well as a team player, Raymond was always punctual, yet easygoing. He was keenly devoted to his work, but being a real people person, he was also enjoyable to be around.

Raymond demonstrated from early on that he understood what business is all about. He was well organized and thrived under adversity. He was quite aware of the bottom line, and had a knack for recognizing and eliminating waste. I suppose doing well in business is easy if you are, as he was, driven in equal measure by both quality and efficiency.

I would like to be very clear about why Raymond is no longer with us. Raymond is available for new challenges only because of his desire to learn and grow further. We would have loved to see him stay, but certainly understand his need to advance beyond the positions we have available.

In closing, let me say I have no hesitation in recommending Raymond Mena for any supervisory position. I feel confident he would be an asset to your organization.

Sincerely,

Lawrence Bearfoot
Supervisor



Bay Area Traffic Solutions
4800 Industrial Drive
Fremont, CA 94538


Tuesday, May 3, 2016

To Whom It May Concern:

Raymond Mena is a current employee with Bay Area Traffic Solutions. Raymond is currently employed as a Journey Traffic Control Person I with a current hourly rate of $28.84 and has been employed from 04/23/213 to present.

If you have any questions, please feel free to contact me at the number listed below.


Sincerely,

Samantha E. Santana
Human Resources Manager
Bay Area Traffic Solutions
Phone: (510) 657-2543
Fax: (510) 657-2544

May 4th, 2016

To whom it may concern,

Im writing this letter to compliment the work ethic of Raymond Mena. Ray has worked as a Lead Traffic Foreman on several of our natural gas pipeline replacement projects. He has always shown quintessential leadership, organization and communication skills. His time on our projects has been very productive and efficient. Consistently demonstrating his efficiency by performing detailed and accurate service. Always punctual; A problem solver who typically exceeds expectations, manages stress well, and voluntarily works overtime to meet a deadline. Ray is a professional of the highest caliber! A valuable asset to any work structure and is a self starter who rarely needs supervision. Overall, he is very easy to get along with and a positive influence. Thusly, I am confident Raymond will continue to exceed in any role he might pursue. I recommend him for employment without reservation. Please feel free to reach out to me for further information on this candidate.

Regards,

Quality Assurance/Utilities/Coating Inspector

Francisco J. Rivera A.

(408) 843-8984

francisco.u.rivera@gmail.com





DEPARTMENT OF PESTICIDE REGULATION
LICENSING/CERTIFICATION PROGRAM
**QAL**
QUALIFIED APPLICATOR LICENSE

License #: **139514**            EXPIRES: **12/31/2017**
Categories: F                    Issued:  02/04/2016
**RAYMOND P MENA**
1451 HORIZON LN
PATTERSON CA 95363

This License must be shown to any representative of the Director or Commissioner upon request.



DEPARTMENT OF PESTICIDE REGULATION
LICENSING/CERTIFICATION PROGRAM
**QAC**
QUALIFIED APPLICATOR CERTIFICATE

License #: **139063**            EXPIRES: **12/31/2017**
Categories: F                    ISSUED:  02/11/2016
**RAYMOND P MENA**
1451 HORIZON LN
PATTERSON CA 95363

This Certificate must be shown to any representative of the Director or Commissioner upon request.



ATSSA — AMERICAN TRAFFIC SAFETY SERVICES ASSOCIATION
SAFER ROADS SAVE LIVES
This is to affirm that
**RAYMOND MENA**
has satisfied the requirements
to be designated as a
REGISTERED FLAGGER
Expiration Date: 7/4/2016   State Issued In: CA
Instructor Signature
Verification available by calling 1-877-642-4637 or at http://www.flagger.com



ATSSA — AMERICAN TRAFFIC SAFETY SERVICES ASSOCIATION
SAFER ROADS SAVE LIVES
This is to affirm that
Raymond Mena
has satisfied the requirements
to be designated as a
CERTIFIED TRAFFIC CONTROL TECHNICIAN
Cert. #: 349959
Issue Date: 04/30/2013
Expiration Date: 10/11/2016        Certification Board

**CPO® Certification**

Name: Raymond P. Mena
Date Certified: January 28, 2016
Certification Number: CPO-508788
Instructor Name: Armando Esparza
Certification Expires: January 28, 2021
118326-599596



# The Trustees of The National Joint Apprenticeship and Training Committee

*for the*

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS®

*and the*

NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION

*upon the Recommendation of the*

NATIONAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE

*do hereby present this certificate to*

## Raymond Mena

*indicating they have satisfactorily completed the course*

### Online Tech Math

*which is herewith acknowledged by the following signatures*

On this first day of August in the year 2011

_____
President, IBEW®

_____
Executive Vice President & CEO, NECA



_____
Executive Director, NJATC

_____
Instructor





# Certificate of Appreciation

THIS CERTIFICATE IS AWARDED TO

*Raymond Mena*

IN RECOGNITION OF VALUABLE CONTRIBUTIONS TO

*Reflections Community Association*

_Susan Thortelson_
SIGNATURE

President
TITLE

September 23, 2015
DATE